IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WADE, RAYDELL (NMI), | ) | Case No. 05-47002 |
| | ) | Chapter 7 |
| Debtor. | ) | |

### MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW John J. Cruciani, Trustee in bankruptcy for Raydell Wade (the "Trustee"), by and through his Counsel, and files this Motion to Transfer Funds to Court Registry. In support thereof the Trustee states:

1.  John J. Cruciani is the duly acting and qualified Trustee of this bankruptcy estate.

2.  The Trustee filed his Notice and Summary on February 1, 2010, and served the same upon all parties of interest. An Objection deadline for responses was set for February 22, 2010, and on February 23, 2010, the Court entered its Order Authorizing Distribution in this case.

3.  Dividend checks were cut on February 24, 2010, and forwarded to claimants.

4.  The dividend sent to Claimant, SFC Central Bankruptcy, in the amount of $87.17, was returned to this office as undeliverable.

5.  The Trustee made efforts to contact the creditor at the telephone number on listed on their proof of claim and found the telephone number was no longer in service.

KCP-4012230-1

6. There remains cash in the bankruptcy estate's account of $87.17.

WHEREFORE, the Trustee moves the Court for an Order to transfer the funds held in the bankruptcy estate's account in the sum of $87.17 to the Court Registry; and for such other and further relief as this Court deems just and proper.

Dated: May 4, 2010.

        Respectfully submitted,

        /s/ John J. Cruciani
        John J. Cruciani    MO #43073
        Michael D. Fielding  MO #53124
        Husch Blackwell Sanders, LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        816.983.8197
        816.983.8080 Fax
        john.cruciani@huschblackwell.com

        Trustee/Attorneys for Trustee

## CERTIFICATE OF SERVICE

I herby certify that on this 4th day of May 2010, a true and correct copy of the above and foregoing was served by United States, Mail, postage prepaid and/or by electronic notification, if applicable, to:

Office of the U.S. Trustee
USTPregion13.KC.ECF@usdoj.gov

and via U.S. mail, first class, postage prepaid and properly addressed to the parties and/or counsel, who do not receive notice electronically via CM/ECF, as set forth below:

SFC-Central Bankruptcy
652 Bush River Rd, Ste 206
Columbia, SC 29210

        /s/ John J. Cruciani
        Trustee

KCP-4012230-1